**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 03, 2015

Tracey W. Murphy
#835047
Beto One
1391 F.M. 3328
Tennessee Colony, TX 75880

Re:        Cause No. 13-15-00247-CV
Tr.Ct.No.
Style:     In Re Tracey W. Murphy

Dear Attorneys:

   Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch
Enc.
cc:    36th District Court  (DELIVERED VIA E-MAIL)
      Hon. Zenaida Silva, Bee County District Clerk (DELIVERED VIA E-MAIL)